**Bernard MCFADDEN, Plaintiff— Appellant,**

v.

**Simon MAJOR, Director of Sumter Lee Regional Detention Center, in his individual or personal capacity; RAY LEE, Captain, Records Officer and Accountant, in his individual or personal capacity, Defendants—Appellees.**

No. 10–7002.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 6, 2010.

Bernard McFadden, Appellant pro se. James M. Davis, Jr., Joel Steve Hughes, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina, for Appellees.

---

852

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint with prejudice for lack of prosecution. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McFadden v. Major*, No. 6:09–cv–02437–RBH, 2010 WL 2721905 (D.S.C. July 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*